GALLAND–COHN–HALL CO., Respondent, v. MILLIKEN et al., Appellants. (Supreme Court, Appellate Division, First Department. October 21, 1910.) Action by the Galland-Cohn-Hall Company against Seth M. Milliken and others. J. P. Howe, for appellants. J. M. Proskauer, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

GANUN, Appellant, v. PALMER, Respondent. (Supreme Court, Appellate Division, Second Department. November 18, 1910.) Action by Mary F. Ganun, on behalf of herself and all the other creditors of Jane M. Sands, deceased, against Mary E. Palmer, individually and as executrix of the last will and testament of Jane M. Sands, deceased. No opinion. Motion for leave to appeal to the Court of Appeals denied, without costs. See, also, 123 N. Y. Supp. 1117.

GARDINER v. NEW YORK CENT. & H. R. R. CO. (Supreme Court, Appellate Division, First Department. October 14, 1910.) Action by Edith V. Gardiner against the New York Central & Hudson River Railroad Company. No opinion. Motion granted. Question certified. Order filed.

GEBHARDT, Appellant, v. LANGUTH, Respondent. (Supreme Court, Appellate Division, Second Department. December 2, 1910.) Action by Julius F. Gebhardt against John M. Languth.

PER CURIAM. Judgment and order of the Municipal Court reversed, and new trial ordered, costs to abide the event, unless defendant stipulate to modify the judgment by waiving the recovery upon his counterclaim, on the ground of insufficient evidence of the value of the partition, and erroneous evidence of the expert in relation thereto, and lack of evidence of the value of the belting, shafting, and storing of moulding, in which event the judgment as thus modified, and the order, are affirmed, without costs.

GEDDES COARSE SALT CO., Respondent, v. NIAGARA, L. & O. POWER CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 19, 1910.) Action by the Geddes Coarse Salt Company against the Niagara, Lockport & Ontario Power Company. No opinion. Judgment and order affirmed, with costs.

GEMUNDER et al., Appellants, v. SUN PRINTING & PUBLISHING ASS'N, Respondent. (Supreme Court, Appellate Division, First Department. October 21, 1910.) Action by August M. Gemunder and others against the Sun Printing & Publishing Association. J. T. McGovern, for appellants. J. M. Beck, for respondent. No opinion. Judgment affirmed, with costs, with leave to plaintiffs to amend on payment of costs on this court and in the court below. Order filed.

GERICKE v. BISCHOFF et al. (Supreme Court, Appellate Division, First Department. October 28, 1910.) Appeal from Trial Term, New York County. Action by Emma Gericke against Henry Bischoff and others. Judgment for plaintiff, and defendants appeal. Reversed, and new trial ordered. Albert P. Massey, for appellants. Clifford C. Roberts, for respondent.

PER CURIAM. The judgment and order denying the motion for a new trial should be reversed and a new trial ordered, with costs to the appellants to abide the event, unless the plaintiff stipulates to deduct from the amount of the verdict the sum of $50 and interest from the date she received the same, in which event the judgment as so modified and said order should be affirmed, with costs to the respondent. The appeal from the order denying the motion for reargument should be dismissed, with $10 costs. Settle order on notice.

GILROY v. TWELFTH WARD BANK. (Supreme Court, Appellate Term. October, 1910.) Appeal from City Court of New York, Special Term. Action by Eugene C. Gilroy, as receiver of the Columbia Publishing Company, against the Twelfth Ward Bank. From a City Court judgment on a verdict directed for plaintiff, defendant appeals. Modified and affirmed. L. M. Berkeley, for appellant. Purdy, Squire & Rowe (Allan C. Rowe and Sumner Bowman, of counsel), for respondent.

PER CURIAM. There is no merit whatever in this appeal. The opinion of this court on the appeal from the order (51 Misc. Rep. 62, 99 N. Y. Supp. 908) shows that the order could not have adjudicated the issues in this case. It appears from the computation of interest made by the witness was erroneous to the extent of 85 cents. The defendant should have corrected this trivial error at the time. It now contends that the judgment should be modified to that extent, and, as the respondent joins in the request, the judgment will be so modified. The judgment is therefore reduced by deducting therefrom 85 cents, and, as modified, affirmed, with costs. All concur.

GOLDBERG, Appellant, v. REGAN, Respondent. (Supreme Court, Appellate Division, First Department. October 14, 1910.) Action by Morris L. Goldberg, an infant, against John J. Regan. M. Brown, for appellant. L. Leale, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

GOLDSTEIN v. GOLDBERG. (Supreme Court, Appellate Division, First Department. October 14, 1910.) Action by Joseph D. Goldstein against Isaac Goldberg. No opinion. Application denied, with $10 costs. Order signed.

GOLDSTEIN v. PENNSYLVANIA R. CO. (Supreme Court, Appellate Division, First Department. November 11, 1910.) Action by Roy A. Goldstein against the Pennsylvania Railroad Company. No opinion. Application denied, with $10 costs. Order signed.

GOLLER v. STUBENHAUS et al. (Supreme Court, Appellate Division, First Department. October 28, 1910.) Action by Jacob

Goller, as president, etc., against Abraham Stubenhaus, impleaded with others. I. B. Louis, for appellant. S. Mayer, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

GORMLY v. SPROULL et al. (Supreme Court, Appellate Division, Fourth Department. October 19, 1910.) Action by Louise A. Gormly against Margaret G. Sproull, impleaded with others. No opinion. Judgment affirmed, with costs.

GOSLIN v. MAGHER. (Supreme Court, Appellate Division, First Department: December 2, 1910.) Appeal from Trial Term, New York County. Action by Una Goslin against Annie Irene Magher. Judgment for plaintiff, and defendant appeals. Judgment affirmed. Irving L. Ernst, for appellant. Edwin T. Taliaferro, for respondent.

PER CURIAM. Judgment and order affirmed, with costs.

INGRAHAM, P. J. (dissenting). I think the verdict was without evidence to support it, as the evidence entirely fails to show that the defendant at any time enticed or induced the plaintiff's husband to abandon her, or was the procuring cause of the abandonment, or of the interruption of the marital relations between the husband and wife. Buchanan v. Foster, 23 App. Div. 542, 48 N. Y. Supp. 732; Hanor v. Housel, 128 App. Div. 801, 113 N. Y. Supp. 163. I also think the verdict was excessive, and cannot be sustained for the amount that the jury awarded. I therefore dissent.

CLARKE, J., concurs.

In re GOTTHOLD. (Supreme Court, Appellate Division, First Department. December 2, 1910.) Appeal from Special Term, New York County. In the matter of the final accounting of Arthur F. Gotthold, substituted assignee of Patrick H. Hanlon, for the benefit of creditors. From an order sustaining exceptions to a referee's report, a certain claimant appeals. Reversed, exceptions overruled, and report confirmed. George W. Carr, for appellant. Stephen C. Fiero, for respondents.

PER CURIAM. In our opinion the claimant-appellant succeeded in making such proof of his claim as to justify its allowance by the referee. The order in so far as appealed from will therefore be reversed, with $10 costs and disbursements, to be paid by the respondents Hanlon and Drake, the exceptions overruled, and the report of the referee confirmed.

GOULD v. GOULD et al. (Supreme Court, Appellate Division, First Department. October 28, 1910.) Action by George J. Gould against Kathrine Gould, impleaded with others. C. J. Shearn, for appellant. D. H. Taylor, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

GOULD et al., Respondents, v. SPRINGER, Appellant. (Supreme Court, Appellate Division, First Department. November 18, 1910.) Action by George J. Gould and others against John H. Springer. F. M. Dittenhoefer, for appellant. C. W. Coleman, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 119 App. Div. 868, 103 N. Y. Supp. 1126.

GRANT, Respondent, v. UVALDE ASPHALT PAVING CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 15, 1910.) Action by John H. Grant, as trustee, etc., against the Uvalde Asphalt Paving Company. No opinion. Judgment and order affirmed, with costs.

GRAYBILL v. HEYLMAN et al. (Supreme Court, Appellate Division, First Department. October 14, 1910.) Action by James E. Graybill, as substituted trustee, etc., against Henry B. Heylman, individually and as executor, etc., and others. No opinion. Motion granted. Order filed. See, also, 123 N. Y. Supp. 622.

GREEN, Appellant, v. FLEMING, Respondent. (Supreme Court, Appellate Division, Second Department. October 7, 1910.) Action by Wolf Green against William H. Fleming. No opinion. Judgment of the Municipal Court affirmed, with costs.

GREENBERG, Respondent, v. KAISER, Appellant. (Supreme Court, Appellate Division, Second Department. October 20, 1910.) Action by Hyman Greenberg against Jacob Kaiser.

PER CURIAM. The evidence conclusively establishes that plaintiff's assignor was paid $200 on October 6, 1909, by being credited with that sum on his bond secured by a mortgage on his wife's house on Nineteenth avenue. Judgment of the Municipal Court modified by deducting therefrom the sum of $200, with interest from October 6, 1909, to the date of the entry of the judgment, and, as modified, affirmed, without costs.

GREENFIELD, Respondent, v. EDWARDS, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 19, 1910.) Action by John M. Greenfield against Arthur M. Edwards.

PER CURIAM. Judgment and order affirmed, with costs.

WILLIAMS, J., dissents upon the ground that improper evidence was admitted on the question of damages, and that the damages awarded are excessive.

GREENSPECHT, Respondent, v. SELIGSBERG et al., Appellants. (Supreme Court, Appellate Division, First Department. October 14, 1910.) Action by Henrietta Greenspecht against Franklin A. Seligsberg and another. S. C. Herriman, for appellants. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

GRIESMER v. COLLINS. (Supreme Court, Appellate Division, First Department. Novem-